IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SIMPKINS AND | : |
| CINDY SIMPKINS, | : |
|     Appellants | : |
| | :    No. 1:21-cv-00618 |
| v. | : |
| | :    (Judge Kane) |
| CRAIG DEIMLER AND | : |
| WILLIAM OLIVER FISHER-DEIMLER, | : |
|     Appellees | : |

## ORDER

**AND NOW**, on this 5th day of October 2021, upon consideration of Appellants' appeal of the bankruptcy court order and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** the decision of the bankruptcy court (Doc. Nos. 3-10, 3-11) is **AFFIRMED**, and the Clerk of Court is directed to **CLOSE** this case.

                                                           S/ Yvette Kane
                                                           Yvette Kane, Chief Judge
                                                           United States District Court
                                                           Middle District of Pennsylvania